DAVID LAUFMAN WEIGERT
(IL BAR No. 6231385)
Senior Counsel
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 353-5592
david.weigert@usdoj.gov

STEPHANIE VAN MARTER
Executive Assistant United States Attorney
Eastern District of Washington

DEREK T. TAYLOR
Assistant United States Attorney
Eastern District of Washington
920 West Riverside Avenue, Suite 340
Spokane, WA 99201
(509) 835-6319
Derek.Taylor@usdoj.gov

*Attorneys for Plaintiff United States of America*

Jeff B. Kray, WSBA No. 22174
James A. Tupper, Jr., WSBA No. 16873
Marten Law LLP
920 5th Ave, Suite 2700
Seattle, WA 98104
(206) 292-2600
jkray@martenlaw.com
jtupper@martenlaw.com

*Attorneys for Defendants Cow Palace, LLC; The Dolsen Companies; and Three D Properties, LLC*

Lori A. Terry, WSBA No. 22006
Devra R. Cohen, WSBA No. 49952
Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3292
(206) 447-4400
lori.terry@foster.com
devra.cohen@foster.com

*Attorneys for Defendants George & Margaret, L.L.C., George DeRuyter and Son Dairy, L.L.C., and D and J Dairy L.L.C.*

Meredith R. Weinberg, WSBA No. 45713
Ashurst Perkins Coie US LLP
1301 Second Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Fax: (206) 359-9000
Meredith.Weinberg@ashurstperkins.com

*Attorney for Defendants Liberty Dairy, LLC, Liberty Acres LLC, Bosma Dairy Partners, LLC, Arizona Acres Limited Partnership, and Bosma Enterprises, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COW PALACE, LLC, *et al.*,<br><br>Defendants. | Civil No. 24-cv-3092-TOR<br><br>JOINT MOTION TO FURTHER EXTEND CASE DEADLINES<br><br>August 27, 2026<br><br>Without Oral Argument |

Plaintiff United States of America, on behalf of the U.S. Environmental Protection Agency ("EPA"), and Defendants Cow Palace, LLC, the Dolsen Companies, Three D Properties, LLC (collectively, "Cow Palace Dairy"); George DeRuyter and Son Dairy, L.L.C., D and J Dairy, L.L.C., and George & Margaret, L.L.C. (collectively, "DeRuyter Dairy"); and Liberty Dairy, LLC, Liberty Acres LLC, Bosma Dairy Partners, LLC, Arizona Acres Limited Partnership, and Bosma Enterprises, Inc. (collectively, "Liberty/Bosma Dairy") (all together, the "Dairies"), stipulate and agree pursuant to LCivR 7(b)(2), and respectfully submit this Joint Motion to Further Extend Case Deadlines by six months.

There is good cause to further extend these deadlines. *See* Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Doing so will allow the United States and the Dairies (collectively, "the Parties") to continue to devote more resources to their efforts to reach a settlement and avoid potentially unnecessary litigation. In support of this request, the Parties jointly state as follows:

1. Since the previous extension of trial dates, the Dairies and the United States have exchanged settlement proposals, technical plans, and terms of a draft consent decree. The Parties are thus continuing to negotiate the terms of a potential settlement, which may incorporate these proposals and plans.

2. If these negotiations are successful, the Parties anticipate that the agreed-upon terms would be memorialized in a proposed consent decree to be lodged with the Court for public comment. If appropriate after review of any public comments, in accordance with 28 C.F.R. § 50.7, the United States would file an unopposed motion to enter the proposed consent decree, which would resolve all claims remaining in this case.

3. Since the previous extension of case deadlines, through their ongoing settlement negotiations, the Parties continue to narrow and clarify the issues remaining to be resolved. The requested extension would allow time for the Parties to attempt to resolve all remaining issues.

4. The Parties are working diligently to achieve an amicable resolution of the remaining issues in this case and agree that dedicating the next six months to that effort will be more productive than proceeding to formal discovery, motions practice, or trial. The Parties have agreed not to serve discovery or file dispositive motions, as long as their settlement negotiations continue to be constructive.

5. A further six-month extension would also allow time for the Parties to coordinate with their expert consultants to study, develop, and discuss their recommended approaches to resolving certain technical issues relevant to a settlement.

6. In addition to this joint motion, the Parties have filed a joint motion with the Ninth Circuit seeking a further six-month extension of the stay in the appellate litigation regarding this Court's preliminary injunction order. That motion was granted on July 31, 2026. The extended appellate stay runs through February 11, 2027.

7. The Parties expect that the six-month extension requested in this joint motion, if approved by the Court, will help them negotiate a proposed settlement of all claims remaining in this case. Any such proposed settlement will be subject to the approval of appropriate federal management officials.

8. There is good cause to grant this Motion, because it will promote judicial economy and preserve the Parties' resources, by allowing them to focus on settlement negotiations rather than discovery, motions practice, or trial – the need for which may be obviated if settlement negotiations are successful.

For these reasons, the Parties respectfully request that the Court further extend the deadline for disclosure of initial expert reports and all subsequent deadlines in the Court's Third Amended Bench Trial Scheduling Order, issued on April 9, 2026 (ECF No. 107), by six months, as set forth in the accompanying Proposed Order.

Respectfully submitted this 27th day of August, 2026.

/s/ David Laufman Weigert
DAVID LAUFMAN WEIGERT
(IL BAR No. 6231385)
Senior Counsel
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 353-5592
david.weigert@usdoj.gov

STEPHANIE VAN MARTER
Executive Assistant United States Attorney
Eastern District of Washington

DEREK T. TAYLOR
Assistant United States Attorney
United States Attorney's Office
Eastern District of Washington
920 West Riverside Avenue, Suite 340
Spokane, WA 99201
(509) 835-6319
Derek.Taylor@usdoj.gov

*Attorneys for Plaintiff United States of America*

**ASHURST PERKINS COIE US LLP**

/s/ Meredith R. Weinberg
Meredith R. Weinberg, WSBA No. 45713

*Attorney for Defendants Liberty Dairy, LLC, Liberty Acres LLC, Bosma Dairy Partners, LLC, Arizona Acres Limited Partnership, and Bosma Enterprises, Inc.*

**FOSTER GARVEY PC**

*/s/ Lori A. Terry*
Lori A. Terry, WSBA No. 22006
Devra R. Cohen, WSBA No. 49952

*Attorneys for Defendants George & Margaret, L.L.C., George DeRuyter and Son Dairy, L.L.C., and D and J Dairy L.L.C.*

**MARTEN LAW LLP**

*/s/ James A. Tupper, Jr.*
Jeff B. Kray, WSBA No. 22174
James A. Tupper, Jr., WSBA No. 16873

*Attorneys for Defendants Cow Palace, LLC, The Dolsen Companies, and Three D Properties, LLC*